|  |  |
|---|---|
| **CLERK'S OFFICE** | CO-931 |
| **UNITED STATES DISTRICT COURT** | New 3/78 |

**NOTICE OF DESIGNATION OF PENDING\* RELATED CRIMINAL CASE PURSUANT TO RULE 3-4, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**Criminal Number:** _____
(To be supplied by the Clerk)

NOTICE TO PROSECUTOR:

Pursuant to LCrR 57.12(a)(1) of this Court's Rules, you should prepare this form and submit it to the Clerk's Office along with the indictments in any related cases. One copy is needed for the Clerk's records, once for the Judge to whom the case is assigned, and one additional copy for each defendant. Therefore, in a one defendant case you should submit 3 copies, for a two defendant case you should submit 4 copies, etc. The Clerk will mail copies of this form to all defense counsel along with the arraignment notice.

NOTICE TO DEFENDANT:

Rule LCrR 57.12(b)(1) of this Court's Rules requires that any objection by the defendant to the related case designation shall be served on the U. S. Attorney and filed with the Clerk within 10 days after arraignment.

NOTICE TO ALL COUNSEL:

Rule LCrR 57.12(b)(3) requires, in part, that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The prosecutor will please complete the following:

1. Name of defendant: JONG WOO SON
2. Number of related case:   18-cr-0243

3. Name of Judge assigned to related case: Dabney L. Friedrich

4. Name of United States Court in which the related case is pending (if other than this Court:)

5. Relationship of new case to related case:   Common Parties

   [Check appropriate box(es)]

   [ ] (a) New case is a superseding information.

   [ ] (b) More than one indictment is filed or pending against defendant.

   [ ] (c) Prosecution against different defendant(s) arises from:

   [ ] a common wiretap

   [ ] a common search warrant

   [ ] activities which are a part of the same alleged criminal event or transaction

(\*) A case is considered pending until a defendant has been sentenced. [Rule 3-4(a)(1)]