# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           **Plaintiff,**<br><br>     **v.**<br><br>**TWENTY-FOUR CRYPTOCURRENCY ACCOUNTS**<br><br>           **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)   **Civil Action No. 19-cv-3098**<br>)<br>)<br>)<br>)<br>)<br>) |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the District of Columbia, on the 16th day of October, 2019, alleging that the above defendant properties were subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 2254 and 18 U.S.C. § 981(a)(1)(A);

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant properties, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as: **TWENTY-FOUR CRYPTOCURRENCY ACCOUNTS** (further described in Attachment A).

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: _____ ____, 2020

                                                                            _____
                                                                            Clerk of the Court

                                            By:     _____
                                                      Deputy Clerk

**Attachment A**

| BTC Exchange | Account | USD | EUR | BTC | BCH | ETH | LTC |
|---|---|---|---|---|---|---|---|
| 1 | 5185e2c6b3bd3de60e00002a | | | | | | |
| 1 | 5652a83e6f4be24bf9000110 | | | | | | |
| 1 | 559715bd61373556e00000ae | | | | | | |
| 1 | 58760323ee243500a3067f85 | | | | | | |
| 1 | 56454cd5399d4a00f00001ae | | | | | | |
| 1 | 524c41b07f435f428400005a | | | | | | |
| 1 | 563443739ac69f3b29000170 | | | | | | |
| 1 | 5a4fab5fd24e170544892941 | | | | | | |
| 1 | 5676f8ba7d98e545080000b8 | | | | | | |
| 1 | 5687df5a4b12f73aa50000c0 | 995.71 | 18.05 | 4.90476894 | 3.91310093 | 6.1740011 | 7.77515352 |
| 1 | 55f1718c2289a067b50001fa | | | | | | |
| 1 | 55a4403965373100d7000165 | | | | | | |
| 1 | 566a1a4495c0be0d1c000230 | | | | | | |
| 1 | 55f974c78cc94d4d4b000244 | | | | | | |
| 1 | 531e0828ead59cce4a000264 | | | | | | |
| 1 | 583c85d54d3af20217519752 | | | | | | |
| 1 | 558ac736316131095b0001a4 | | | | | | |
| 1 | 573808d68fdf8333f300002a | | | | | | |
| 1 | 56d3b1cc9f49041768000086 | | | | | | |
| 2 | Francoca.87 | 3,187.66 | | | | | |
| 2 | ihackgeek | 1,680.72 | | | | | |
| 2 | Um2541 | 32,522.95 | | | | | |
| 3 | Culboy2012 | | | 0.31875905 | | | |
| 3 | Longhorn1 | | | 0.08619007 | | | |
| | | $38,387.04 | 18.05 | 5.30971806 | 3.91310093 | 6.1740011 | 7.77515352 |