UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) Civil Action No. 19-cv-3098 |
| **TWENTY-FOUR CRYPTOCURRENCY ACCOUNTS** | ) ) ) |
| **Defendants.** | ) ) ) ) |

## STATUS REPORT

COMES NOW the United States, by and through its attorney, the United States Attorney for the District of Columbia, and provides this status report:

1. On October 16, 2019, the government filed a civil forfeiture complaint against the above-captioned Defendant Properties.

2. Pursuant to the procedures set forth in Rule G(4) of the Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") of the Federal Rules of Civil Procedure, the government subsequently mailed and emailed notice of this action to all known potential claimants.

3. The vast majority of the claimants refused service or were no longer at the address on file.

4. The government is in the process of making an additional attempt to serve notice upon these potential claimants. *See VanHorn v. D.E.A.*, 677 F. Supp. 2d 1299, 1310–11 (M.D. Fla. 2009) (citing *Flowers,* 547 U.S. at 230, 126 S.Ct. 1708 ("[W]hen a letter is returned by the post office, the sender will ordinarily attempt to re-send it, if it is practicable to do so.") (citing *Small*

*v. United States,* 136 F.3d 1334, 1337 (D.C.Cir.1998)).

      5.      Such direct notice efforts should be completed by May 29, 2020.

      6.      Pursuant to Supplemental Rule G(4)(a), the government posted public notice beginning November 21, 2019, of the instant forfeiture action on an official internet government forfeiture site, which notice ran for 30 consecutive days.

      7.      No claims based on publication were filed, and the deadline to file such claims has passed;

WHEREFORE, the government respectfully requests leave to submit an additional status report or a motion for default judgment no later than May 29, 2020.

      Respectfully submitted,

      TIMOTHY J. SHEA
      United States Attorney
      D.C. Bar No. 437437

      */s/ Zia M. Faruqui*
      Zia M. Faruqui, D.C. Bar No. 494990
      Assistant United States Attorney
      555 Fourth Street, N.W.,
      Washington, D.C.  20530
      202-252-7117
      Zia.Farqui@usdoj.gov