**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 19-cv-3098** |
| | ) | |
| **TWENTY-FOUR CRYPTOCURRENCY ACCOUNTS** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

---

## STATUS REPORT

COMES NOW the United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, and provides this status report:

1. On October 16, 2019, the government filed a civil forfeiture complaint against the above-captioned Defendant Properties.

2. Pursuant to the procedures set forth in Rule G(4) of the Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") of the Federal Rules of Civil Procedure, the government subsequently mailed and emailed notice of this action to all known potential claimants.

3. The vast majority of the claimants refused service or were no longer at the address on file.

4. On May 4, 2020, the government concluded the process of re-noticing these potential claimants. *See VanHorn v. D.E.A.*, 677 F. Supp. 2d 1299, 1310–11 (M.D. Fla. 2009) (citing *Flowers,* 547 U.S. at 230, 126 S.Ct. 1708 ("[W]hen a letter is returned by the post office, the sender will ordinarily attempt to re-send it, if it is practicable to do so.") (citing *Small v. United*

*States,* 136 F.3d 1334, 1337 (D.C.Cir.1998)).

5.      Any claims based on this final round of direct notice are due by June 8, 2020.

6.      Pursuant to Supplemental Rule G(4)(a), the government posted public notice beginning November 21, 2019, of the instant forfeiture action on an official internet government forfeiture site, which notice ran for 30 consecutive days.

7.      No claims based on publication were filed, and the deadline to file such claims has passed;

WHEREFORE, the government respectfully requests leave to submit an additional status report or request default judgment no later than June 12, 2020.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
D.C. Bar No. 4444188

*/s/ Zia M. Faruqui*
Zia M. Faruqui, D.C. Bar No. 494990
Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
202-252-7117
Zia.Farqui@usdoj.gov