UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**TWENTY-FOUR CRYPTOCURRENCY** )<br>**ACCOUNTS** )<br>)<br>**Defendants.** )<br>)<br>) | Civil Action No. 19-cv-3098 |

## STATUS REPORT

COMES NOW the United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, and provides this status report:

1. On October 16, 2019, the government filed a civil forfeiture complaint against the above-captioned Defendant Properties.

2. Pursuant to the procedures set forth in Rule G(4) of the Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") of the Federal Rules of Civil Procedure, the government subsequently mailed and emailed notice of this action to all known potential claimants.

3. The vast majority of the claimants refused service or were no longer at the address on file.

4. On May 4, 2020, the government concluded the process of re-noticing these potential claimants. *See VanHorn v. D.E.A.*, 677 F. Supp. 2d 1299, 1310–11 (M.D. Fla. 2009) (citing *Flowers,* 547 U.S. at 230, 126 S.Ct. 1708 ("[W]hen a letter is returned by the post office, the sender will ordinarily attempt to re-send it, if it is practicable to do so.") (citing *Small v. United*

*States,* 136 F.3d 1334, 1337 (D.C.Cir.1998)).  Any claims based on this final round of direct notice are due by June 8, 2020.

5. Pursuant to Supplemental Rule G(4)(a), the government posted public notice beginning November 21, 2019, of the instant forfeiture action on an official internet government forfeiture site, which notice ran for 30 consecutive days.

6. No claims based on direct notice or publication were filed, and the deadlines to file such claims have passed.

7. On June 12, 2020, the government requested the Clerk of Court to enter default.

8. Upon entry of default by the Clerk, the government will move forthwith for an order of forfeiture and default judgment.

WHEREFORE, the government respectfully requests leave to move for default judgment no later than five days after entry of default by the Clerk of Court.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

_____
Zia M. Faruqui, D.C. Bar No. 494990
Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
202-252-7117
Zia.Farqui@usdoj.gov