Default - Rule 55A	(CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

Civil Action: __19-cv-3098- DLF__

TWENTY-FOUR CRYPTOCURRENCY ACCOUNTS

Defendant(s)

**RE:** TWENTY-FOUR CRYPTOCURRENCY ACCOUNTS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with complaint and warrant for arrest in rem on  May 4, 2020 , and an affidavit on behalf of the plaintiff having been filed, it is this  23rd  day of  June , 2020  declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: __/s/ Erica Garmendez__
Deputy Clerk