**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 19-cv-3098 (DLF)** |
| ) | |
| **TWENTY-FOUR CRYPTOCURRENCY** ) | |
| **ACCOUNTS,** ) | |
| ) | |
| **Defendant *In Rem*** ) | |
| ) | |

## UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT

*COMES NOW*, plaintiff, the United States of America, by and through the Acting United States Attorney for the District of Columbia, and respectfully moves for entry of a default judgment in plaintiff's favor and an order of forfeiture of the defendants *in rem* to the United States on the grounds set forth in the Verified Complaint for Forfeiture *In Rem*, which was filed on October 16, 2019.  *See* ECF 1.

No potential claimants have claimed an interest or otherwise defended the action.  On June 23, 2020, the Clerk of the Court entered Default.  *See* ECF 10.  As a result, the United States now seeks to resolve this litigation by moving for a Default Judgment.  As grounds for its motion, the United States cites 18 U.S.C. § 983(a)(4)(A), Fed. R. Civ. P. 55, and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

A proposed order accompanies this motion, as does a Memorandum of Points and Authorities in support of it.  As set forth more fully in that memorandum, there is no other party whose position to this motion can be stated here.

**WHEREFORE**, the United States respectfully prays this Honorable Court to grant this

motion and to enter the attached proposed order.


Respectfully submitted,


MICHAEL R. SHERWIN, N.Y. Bar No. 444188
Acting U.S. Attorney for the District of Columbia

By:         /s/ *Zia Faruqui*
ZIA M. FARUQUI, D.C. Bar No. 494990
Lindsay Suttenberg, D.C. Bar No. 978513
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-7117 (Faruqui)


         /s/ *Alden Pelker*
C. ALDEN PELKER
Trial Attorney
Computer Crime & Intellectual Property Section
1301 New York Ave NW
Washington, D.C. 20005
(202) 514-1026

June 24, 2020         *Attorneys for the United States of America*