UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>TWENTY-FOUR CRYPTOCURRENCY ACCOUNTS,<br>   *Defendants*. | No. 19-cv-3098 (DLF) |

## ORDER AND JUDGMENT

For the reasons set forth in the accompanying memorandum opinion issued on this date, it is hereby

**ORDERED** that the United States of America's Motion for Entry of Default Judgment, Dkt. 11, is **GRANTED**; and it is further

**ORDERED** that the Defendant Properties are **FORFEITED** to the United States of America, that title to the Defendant Properties is vested in the United States of America, and that no right, title, or interest in the Defendant Properties shall exist in any other person; and it is further

**ORDERED** that the Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

The Clerk of the Court is directed to close this case.

_____
DABNEY L. FRIEDRICH
United States District Judge

July 20, 2020